NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WRIGHT MEDICAL TECHNOLOGY, INC.,**
*Appellant*

**v.**

**PARAGON 28, INC.,**
*Appellee*

---

2021-1340, 2021-1342, 2021-1344, 2021-1345

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00894, IPR2019-00895, IPR2019-00896, IPR2019-00898.

---

## JUDGMENT

---

PATRICK D. MCPHERSON, Duane Morris LLP, Washington, DC, argued for appellant.  Also represented by DONALD JOSEPH ENGLISH, PATRICK C. MULDOON; SAMUEL W. APICELLI, Philadelphia, PA; PIERRE J. HUBERT, DIANA SANGALLI, Austin, TX; THOMAS W. SANKEY, Houston, TX.

GREG MATTHEW POLINS, Kirkland & Ellis LLP, Chicago, IL, argued for appellee.  Also represented by MEREDITH ZINANNI; LUKE DAUCHOT, SHARRE LOTFOLLAHI, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 4, 2022     /s/ Peter R. Marksteiner
       Date          Peter R. Marksteiner
                     Clerk of Court